UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00088 |
| | ) | JUDGE CAMPBELL |
| LARRY MAHAN | ) | |

ORDER

Pending before the Court is Defendant's Petition to Terminate Supervised Release (Docket No. 7). The Government is directed to file a response to the Petition by July 29, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE